440 A.2d 1260

Commonwealth ex. rel. Sohmer v. Sohmer, Appellant.

Argued May 5, 1981. Steven R. Sosnov, for appellant; Maurino J. Rossanese, for appellee.

Before CERCONE, P. J., SPAETH and CAVANAUGH, JJ.

The order of the lower court is affirmed.

440 A.2d 1260

Commonwealth ex rel. DiStasio v. DiStasio.

Appeal of Rosalie A. DiStasio.

Argued December 5, 1980. Joseph A. Ruggieri, for appellant; Frank J. Marcone, for appellee.

Before HESTER, CAVANAUGH and VAN der VOORT, JJ.

Order affirmed.